# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

────────────────

No. 25-2194

────────────────

MARK W. BROWN, JR.,

                Plaintiff - Appellant

v.

CITY OF DURHAM; CITY OF DURHAM POLICE DEPARTMENT; PATRICE V. ANDREWS; GEORGE ZEPEKKIS; AND TYLER STEBBINS,

                Defendants - Appellees

────────────────

## PLAINTIFF-APPELLANT'S MOTION TO EXTEND TIME TO FILE OPENING BRIEF

────────────────

NOW COMES Plaintiff-Appellant Mark W. Brown, Jr., by and through his undersigned attorney, pursuant to Fed. R. App. P. 26(b), and moves this court to extend the time for filing Plaintiff-Appellant's Opening Brief for 30 days from November 17, 2025, up to and including December 17, 2025. In support of this motion, and as good cause for the extension requested, Plaintiff-Appellant shows as follows:

1

1. The time for filing the Joint Appendix and Plaintiff-Appellant's opening brief has not expired.

2. Plaintiff-Appellant has filed the Joint Appendix.

3. The undersigned is under time and resource constraints in other pending matters which have hampered her ability to comply with the rules of professional responsibility governing the thoroughness and preparation necessary to submit an opening brief on behalf of Plaintiff-Appellant.

4. Opposing Counsel has been consulted and consents to this Motion.

For the foregoing reasons, Plaintiff-Appellant requests that the Court grant an extension of the deadline to file the Opening Brief by thirty (30) days, up to and including December 17, 2025.

Dated: November 17, 2025

Respectfully submitted,

/S/ VALERIE L. BATEMAN
Valerie L. Bateman
NC State Bar: 13417
NEW SOUTH LAW FIRM
209 Lloyd St., Ste 350
Carrboro, NC 27510
valerie@newsouthlawfirm.com
T: 919-810-3139
F: 919-823-6383
*Counsel for Plaintiff-Appellant*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify the foregoing **MOTION TO EXTEND TIME** filed with the Circuit Clerk of the United States Court of Appeals for the Fourth Circuit, through the appellate CM/ECF system, will be served electronically to the registered participants via the Notice of Docket Activity.

Dated: November 17, 2025

/S/ VALERIE L. BATEMAN
Valerie L. Bateman
NC State Bar: 13417
NEW SOUTH LAW FIRM
209 Lloyd St., Ste 350
Carrboro, NC 27510
valerie@newsouthlawfirm.com T: 919-810-3139
F: 919-823-6383