# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 19, 2025

_____

RULE 45 NOTICE
DOCKETING FORMS

_____

No.   25-2194,    Mark Brown, Jr. v. City of Durham Police Department
                  1:23-cv-01038-CCE-JEP

TO:   Mark W. Brown

**FORMS DUE:** 12/04/2025

The court has not received the form(s) checked below which it previously directed be filed. Please take notice that the court may dismiss this case for failure to prosecute pursuant to Local Rule 45 unless the required form(s) are received in the clerk's office within 15 days of the date of this notice. The forms are available for completion as links from this notice and at the court's website, www.ca4.uscourts.gov.

[ x ] **Docketing statement - Civil or Agency** required

[ x ] **Disclosure statement** required

[ x ] **Appearance of counsel** required

A. Walker, Deputy Clerk
804-916-2702