FILED: December 11, 2025

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 25-2194
(1:23-cv-01038-CCE-JEP)

_____

MARK W. BROWN, JR.

        Plaintiff - Appellant

v.

CITY OF DURHAM POLICE DEPARTMENT; PATRICE V. ANDREWS, Police Chief, in her individual and official capacity; GEORGE ZEIPEKKIS, Captain, in his individual and official capacity; TYLER STEBBINS, Officer, in his individual and official capacity

        Defendants - Appellees

_____

O R D E R

_____

The court recalls its mandate issued on 12/11/2025.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk