USCA4 Appeal: 25-2194     Doc: 19     Filed: 12/11/2025     Pg: 1 of 1

FILED: December 11, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2194
(1:23-cv-01038-CCE-JEP)

_____

MARK W. BROWN, JR.

      Plaintiff - Appellant

v.

CITY OF DURHAM POLICE DEPARTMENT; PATRICE V. ANDREWS, Police Chief, in her individual and official capacity; GEORGE ZEIPEKKIS, Captain, in his individual and official capacity; TYLER STEBBINS, Officer, in his individual and official capacity

      Defendants - Appellees

_____

O R D E R

_____

The court resumes briefing in this case as follows:

Opening brief due: 12/17/2025

Response brief due: 01/15/2026

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk