FILED: January 21, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2194
(1:23-cv-01038-CCE-JEP)

_____

MARK W. BROWN, JR.

    Plaintiff - Appellant

v.

CITY OF DURHAM POLICE DEPARTMENT; PATRICE V. ANDREWS, Police Chief, in her individual and official capacity; GEORGE ZEIPEKKIS, Captain, in his individual and official capacity; TYLER STEBBINS, Officer, in his individual and official capacity

    Defendants - Appellees

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Joint appendix due: 02/20/2026

Opening brief due: 02/20/2026

Response brief due: 03/27/2026

Any reply brief: 21 days from service of response brief.

    For the Court--By Direction

    /s/ Nwamaka Anowi, Clerk