# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

No. 25-2194

_____

MARK W. BROWN, JR.,

                                         Plaintiff - Appellant

v.

CITY OF DURHAM; CITY OF DURHAM POLICE DEPARTMENT; PATRICE V. ANDREWS; GEORGE ZEPEKKIS; AND TYLER STEBBINS,

                                         Defendants - Appellees

_____

## PLAINTIFF-APPELLANT'S MOTION TO EXTEND TIME TO FILE OPENING BRIEF

_____

NOW COMES Plaintiff-Appellant Mark W. Brown, Jr., by and through his undersigned attorney, pursuant to Fed. R. App. P. 26(b), and moves this court to extend the time for filing Plaintiff-Appellant's Opening Brief for three days from February 20, 2026, up to and including February 23 2026, and to deem it timely filed. In support of this motion, Plaintiff-Appellant shows as follows:

1

1. The time for filing Plaintiff-Appellant's opening brief has expired but Plaintiff has both good cause and excusable neglect for seeking this extension.

2. Plaintiff-Appellant filed the Joint Appendix in a timely manner.

3. Plaintiff-Appellant participated in mediation, including agreeing to extend the mediation, in good faith.

4. Effective December 31, 2025, all Pacer users were required to enroll in multifactor authentication (MFA).

5. The undersigned enrolled in MFA.

6. On the evening on February 10, 2026, the undersigned unsuccessfully attempted to file a document for the first time since becoming enrolled in MFA with the United States District Court for the Eastern District of North Carolina (EDNC) and was locked out of her Pacer account.

7. The undersigned has remained locked out of her account despite multiple attempts to reset her password and her authentication methods.

8. The undersigned sought the assistance of the EDNC help

2

desk and was informed that assistance with the MFA process could only be obtained from PACER.

9. The undersigned has made several attempts to contact the PACER help desk but has been stymied due to number of individuals in the queue ahead of the undersigned. On one occasion more than 90 users were ahead of the undersigned and on another as many as 130 users were ahead of the undersigned.

10. The undersigned was advised by the EDNC help desk to set aside several hours during which the undersigned could call and wait to be connected, which the undersigned has done in an attempt to be connected to the PACER help desk and obtain assistance with the MFA process.

11. Meanwhile, anticipating that she might continue to be unable to file the opening brief for Plaintiff via Pacer, Plaintiff's counsel prepared the opening brief along with a motion to file a hard copy of her brief manually and placed them in a FedEx envelope and left the envelope for mailing prior to the due date.

12. Plaintiff's counsel then left her office on February 16, 2026,

to travel out of town to assist her 89-year-old aunt who had recently been in a car accident in which her car was determined to be a total loss and she was injured.

13. Ultimately, Plaintiff was unable to obtain access to Pacer but her message to send the FedEx envelope was not received by her office and the brief was not transmitted.

14. Upon her return to the office, Plaintiff's counsel discovered that the brief and motion had not been delivered to FedEx for delivery to the Clerk.

15. In reviewing her email upon her return to her office, Plaintiff's counsel also reviewed her email and learned that opposing counsel had sent an email indicating that she would be moving to dismiss Plaintiff's appeal because the brief had not been filed on February 20, 2026. For this reason, it is assumed that opposing counsel does not consent to this Motion.

16. Plaintiff's counsel's commitments to her family, along with her continued attempts to regain access to Pacer, accompanied by her attempt to provide an alternative method of filing, albeit it ultimately unsuccessful, provide

4

good cause and excusable neglect for this motion.

For the foregoing reasons, Plaintiff-Appellant requests that the Court grant an extension of the deadline to file the Opening Brief by four (4) days, up to and including February 24, 2026, and deem the opening brief of Plaintiff-Appellant timely filed.

Dated: February 23, 2026

Respectfully submitted,

/S/ VALERIE L. BATEMAN
Valerie L. Bateman
NC State Bar: 13417
NEW SOUTH LAW FIRM
209 Lloyd St., Ste 350
Carrboro, NC 27510
valerie@newsouthlawfirm.com
T: 919-810-3139
F: 919-823-6383
*Counsel for Plaintiff-Appellant*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify the foregoing **MOTION TO EXTEND TIME** filed with the Circuit Clerk of the United States Court of Appeals for the Fourth Circuit, via email to 4cca-filing@ca4.uscourts.gov and served through the appellate CM/ECF system, electronically to the registered participants via the Notice of Docket Activity and via email to opposing counsel.

Dated: February 23, 2026

/S/ VALERIE L. BATEMAN
Valerie L. Bateman
NC State Bar: 13417
NEW SOUTH LAW FIRM
209 Lloyd St., Ste 350
Carrboro, NC 27510
valerie@newsouthlawfirm.com T: 919-810-3139
F: 919-823-6383