FILED: February 23, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2194
(1:23-cv-01038-CCE-JEP)

_____

MARK W. BROWN, JR.

       Plaintiff - Appellant

v.

CITY OF DURHAM POLICE DEPARTMENT; PATRICE V. ANDREWS, Police Chief, in her individual and official capacity; GEORGE ZEIPEKKIS, Captain, in his individual and official capacity; TYLER STEBBINS, Officer, in his individual and official capacity

       Defendants - Appellees

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Joint appendix due:

Opening brief due: 02/23/2026

Response brief due: 03/30/2026

Any reply brief: 21 days from service of response brief.

                              For the Court--By Direction

                              /s/ Nwamaka Anowi, Clerk