FILED: November 23, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-2194
(1:23-cv-01038-CCE-JEP)

---

MARK W. BROWN, JR.

Plaintiff - Appellant

v.

CITY OF DURHAM POLICE DEPARTMENT; PATRICE V. ANDREWS, Police Chief, in her individual and official capacity; GEORGE ZEIPEKKIS, Captain, in his individual and official capacity; TYLER STEBBINS, Officer, in his individual and official capacity

Defendants - Appellees

---

O R D E R

---

Counsel for the parties and any amici curiae are requested to file one paper copy of their previously filed briefs and appendices (both sealed and public filings) on or before 11/30/2026.

Paper copies of briefs and appendices must match the electronic version. No ECF entry is made by counsel when filing paper copies of previously filed briefs and appendices.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk